IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CODY S. HOWARD**                                                                                  **PLAINTIFF**

v.                                    Case No. 4:22-CV-01215-LPR

**NORTH LITTLE ROCK ELECTRIC;**
**DOES, Supervisors**                                                                             **DEFENDANT**

## JUDGMENT

Pursuant to today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Defendants and against Cody S. Howard. The Court certifies, pursuant to 28 U.S.C. 1915(a)(3) that an *in forma pauperis* appeal from this Judgment or the underlying Order would not be in good faith.

IT IS SO ADJUDGED this 20th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE